PER CURIAM.

(No. 74-CC-39—Claimant )

RESEARCH APPLIANCE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed September 20, 1973.*

RESEARCH APPLIANCE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.